IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION AND DELL, INC., | No. C-05-1886 MJJ |
| Plaintiffs, | **ORDER** |
| v. | |
| COMMONWEALTH SCIENTIFIC AND INDUSTRIAL RESEARCH ORGANISATION, | |
| Defendant. | |

On July 8, 2005, the Court denied Defendant Commonwealth Scientific and Industrial Research Organisation's ("Defendant" or "CSIRO") Rule 12(b)(4) and Rule 12(b)(5) motion to dismiss. In that July 8, 2005, Order, the Court instructed Defendant to file its response to Plaintiff's complaint by August 1, 2005. On August 1, 2005, Defendant filed a second motion to dismiss, this time on the ground that the Court lacks subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2). Plaintiff has since filed a motion to compel Defendant to file an answer to Plaintiff's complaint by August 1, 2005. Plaintiff objects to Defendant's filing of a successive motion to dismiss. Plaintiff has also asked the Court to shorten time on its motion to compel.

The Court hereby **DENIES** Plaintiff's motion to shorten time. Additionally, the Court finds that Plaintiff's procedural objections to Defendant's second motion to dismiss should be addressed in

1 its opposition to the motion rather than in a separate motion to compel.  However, because Plaintiff
2 must address both its procedural objections to Defendant's motion and its substantive opposition to
3 the motion in the same brief, Plaintiff's responsive brief may be five pages longer than is normally
4 permitted by the Civil Local Rules.  Thus, Plaintiff's opposition shall be no longer than 30 pages in
5 length.  Defendant's reply, if any, shall be no longer than 18 pages in length.

6       This Order terminates docket entry nos. 38 and 41.

8 **IT IS SO ORDERED.**

9 Dated: August_10__, 2005

                                            MARTIN J. JENKINS
                                            UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California